IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SETH KRETZER, AS RECEIVER FOR GREAT VALUE STORAGE, LLC AND WORLD CLASS CAPITAL GROUP, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. **3:22-CV-2136-L** |
| GVS TEXAS HOLDINGS I, LLC, et al, | § § § | |
| Defendants. | § § | |

## ORDER

On December 21, 2022, the Receiver in this case filed a Notice of Stay (Doc. 17) notifying the court that "the underlying Bankruptcy Cases have been stayed pursuant to an order by the Bankruptcy Court because Appellant, Seth Kretzer, as state court appointed Receiver for Great Value Storage, LLC and World Class Capital Group, LLC (the "Receiver")[,] is subject to a temporary stay order issued by a state court, which order prohibits him from filing any pleadings or taking further action at this time" in this or any action until the stay is lifted. Notice 1. No response in opposition was filed to the Receiver's Notice of Stay. Accordingly, the proceedings in this case are **stayed** and **administratively closed**. As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, the United States District Clerk is **instructed** to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a

Order – Page 1

motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 22nd day of February, 2023.

                                                      Sam A. Lindsay
                                                      United States District Judge